1  **Vanessa Fantasia, Esq. - State Bar No. 337627**
2  **DOWNTOWN L.A. LAW GROUP**
3  601 N. Vermont Ave.
   Los Angeles, CA 90004
4  Tel: (213) 389-3765
   Fax: (877) 389-2775
5  Email: Vanessa.Romero@downtownlalaw.com
6
7  Attorneys for Plaintiff
8  SHERON HOWARD
9
10             UNITED STATES DISTRICT COURT
11             CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| SHERON HOWARD, an individual. | Case No.: |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| v. | 1.   PREMISES LIABILITY |
| UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive. | |
| Defendants. | |

   COMES NOW, Plaintiff, SHERON HOWARD, and alleges against Defendants, and each of them, as follows:
///
///
///
///
///

1
**COMPLAINT FOR DAMAGES**

## I.
## JURISDICTION

1. This action is brought pursuant to the Tort Claims Act, 28 U.S.C. §2671 et seq. Jurisdiction is founded on 29 U.S.C. §§1346(b).

## II.
## VENUE

2. Venue is proper in the Central District of California. The motor vehicle accident giving rise to this complaint occurred at or near 2200 W Century Blvd., Inglewood, CA 90303, which is within the present judicial district.

## III.
## PARTIES

3. Plaintiff SHERON HOWARD (hereafter "PLAINTIFF") is and at all relevant times was a resident of Los Angeles County, California.

4. Plaintiff is informed and believes and thereon alleges that Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, are and at all times mentioned herein, were public entities, corporations, sole proprietors, shareholders, associations, partners and partnerships, joint ventures, and/or business entities unknown.

5. Defendants DOES 1-50, are sued herein under fictitious names, their true names and capacities being unknown to Plaintiff. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by those Defendants.

6. At all times relevant herein, Defendant UNITED STATES OF AMERICA is a governmental agency.

## IV.
## FACTS COMMON TO ALL ACTIONS

7. Plaintiff is informed and believes, and based upon such information and belief alleges that at all times relevant hereto Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, are, and at all times herein mentioned where individuals, corporations, sole proprietors, shareholders, associations, partners and partnerships, joint venturers, and/or business entities unknown. At all times herein mentioned, said Defendants were the owners, lessors, sub-lessors, managing agents, landlords, renters, managers, operators, marketers, inspectors, maintainers and controllers, of a commercial property located at 2200 W Century Blvd., Inglewood, CA 90303, (hereinafter referred to as "THE SUBJECT PREMISES"), to which building the general public is invited to come.

8. At all times herein mentioned, each of the Defendants were the agents, servants, and employees of their co-defendants, and in doing the things hereinafter alleged were acting in the scope of their authority as agents, servants, and employees, and with permission and consent of their co-defendants. Plaintiff is further informed and believes, and thereon alleges, that each of the Defendants herein gave consent to, ratified, and authorized the acts alleged herein to each of the remaining Defendants.

9. On June 20, 2020, Plaintiff submitted a claim based on the allegations herein to Defendant UNITED STATES OF AMERICA for administrative settlement and has yet to be rejected, by an authorized agent of Defendant UNITED STATES OF AMERICA.

///
///
///
///

## V.
## FIRST CAUSE OF ACTION
## PREMISES LIABILITY
### (Against All Defendants)

10. Plaintiff re-alleges each and every allegation contained in the above Paragraphs 1 through 10, and by this reference incorporates said paragraphs as though fully set forth herein.

11. On or about June 20, 2020 Plaintiff was lawfully on the premises of Defendants' premises. Plaintiff was walking on the sidewalk at or near 2200 W Century Blvd., when all of a sudden Plaintiff tripped and fell on an uneven and/or raised and/or broken and/or deteriorating area of the sidewalk. This caused Plaintiff to fall and sustain serious injuries. The actions of the Defendants and/or it's employees were below the standard of care and were the cause of Plaintiff's injuries.

12. On or about June 20, 2020, Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, carelessly and negligently owned, rented, managed, leased, supervised, inspected, operated, maintained and/or controlled the premises located at or near 2200 W Century Blvd., Inglewood, CA 90303, such that it was in a dangerous, defective and unsafe condition in conscious disregard for the risk of harm to invitees thereon. By reason of said carelessness, negligence and conscious disregard of the Defendants, and each of them, said premises were unsafe and dangerous to the general public and specifically Plaintiff, SHERON HOWARD.

13. Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, and each of them, failed to warn Plaintiff of said dangerous, defective and unsafe condition, although said Defendants, and each of them, knew of said condition.

///

14.  Plaintiff has it on information and belief, and thereby alleges, that, at the aforementioned time and place, Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, had actual or constructive notice of the dangerous condition of the roadway, for a sufficient time prior to the injury to have taken measures to protect against the dangerous conditions, and failed to do so, in violation of Government Code §835.

15.  Government Code §835 is a safety statute that applies in this instance as it is intended to protect the class of people to which the Plaintiff belongs and which the statute is intended to guard against the particular harm suffered by the Plaintiff that occurred as a result of the dangerous condition on Defendants' premises. As such, Plaintiff is informed and believes, and there upon, alleges that Defendants' conduct constitutes negligence.

16.  Due to these acts and failures to act, Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, and the employees are liable for Plaintiff's injuries under the Government Code, including but not limited to, Section 815.2.

17.  As a legal, direct, and proximate result of the above-mentioned conduct of Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, and each of them, Plaintiff was injured in her health, strength and activity, sustaining injury to her body, and shock and injury to her person, all of which have caused and continue to cause great physical, mental, and emotional pain and suffering all to her general damages, the exact amount of such to be stated according to proof.

18.  As a legal, direct, and proximate result of the above-mentioned conduct of Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, and each of them, Plaintiff was compelled to and did employ the services of hospitals, physicians, surgeons, nurses and the like, to care for

and treat him, and did incur hospital, medical, professional and incidental expenses, the exact amount of such to be stated according to proof.

19. As a legal, direct, and proximate result of the above-mentioned conduct of Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, and each of them, Plaintiff will necessarily incur additional like expenses for an indefinite period of time in the future, the exact amount of such to be stated according to proof.

20. As a direct and proximate result of the negligence, carelessness, and violation of the law by Defendants UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive, and each of them, Plaintiff has and will incur a loss of earnings and/or loss of earning capacity, which will be stated according to proof, pursuant to California Code of Civil Procedure section 425.10.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1. For general damages in a sum according to proof;
2. For medical, hospital, and related expenses according to proof;
3. For loss of earnings according to proof;
4. For loss of future earning capacity according to proof;
5. For costs of suit incurred herein;
6. For such other and further relief as this Court may deem proper.

DATED: March 24, 2022				DOWNTOWN L.A. LAW GROUP

_____
By: Vanessa Fantasia, Esq.
Attorney for Plaintiff,
SHERON HOWARD

6
**COMPLAINT FOR DAMAGES**

## JURY TRIAL DEMAND

Plaintiff demands trial by jury of all issues so triable.

DATED: March 24, 2022				DOWNTOWN L.A. LAW GROUP

						_____
						By: Vanessa Fantasia, Esq.
						Attorney for Plaintiff,
						SHERON HOWARD