UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHERON HOWARD,<br><br>             Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive,<br><br>             Defendants. | No. 2:22-cv-01969-SVW-PD<br><br>**JUDGMENT** |

On January 13, 2023, the Court granted the United States of America's Motion for Judgment on the Pleadings. Dkt. 29. Therefore, it is hereby ADJUDICATED, ADJUDGED, and DECREED that judgment is entered in favor of the United States and against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 19, 2023

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE